IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-6-M-DLC |
| Plaintiff, | |
| vs. | ORDER |
| EDWARD WAYNE BROCK, | |
| Defendant. | |

Counsel for Defendant Edward Wayne Brock has filed an Unopposed Motion to Vacate Detention Hearing. Accordingly, and good cause appearing,

IT IS ORDERED that Defendant's motion is GRANTED. The detention hearing set for November 13, 2024, is hereby VACATED.

DATED this 13th day of November, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1